| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br>1777 Sixth Street<br>Boulder, CO 80302 | DATE FILED: December 6, 2022 6:41 PM<br>FILING ID: A607B3FD59908<br>CASE NUMBER: 2022CV30839 |
| **HEIDI MYERS,** an Individual<br><br>Plaintiff,<br><br>v.<br><br>**NSF INTERNATIONAL**<br><br>Defendant. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br><br>Iris Halpern, #53112<br>Ciara M. Anderson, #55259<br>RATHOD \| MOHAMEDBHAI LLC<br>2701 Lawrence Street, Suite 100<br>Denver, CO 80205<br>(303) 578-4400 (t) / (303) 578-4401 (f)<br>ih@rmlawyers.com<br>ca@rmlawyers.com | Case No:<br><br>Division:<br><br>Courtroom: |
| **NOTICE THAT C.R.C.P. 16.1 SIMPLIFIED PROCEDURE DOES NOT APPLY** ||

Simplified Procedure under C.R.C.P. 16.1 is intended to be a less expensive and faster method of handling civil cases and applies where amount sought against each party is $100,000.00 or less. See C.R.C.P. 16.1(c). In this case, C.R.C.P. 16.1 does NOT apply because Plaintiff seeks a monetary judgment over $100,000 against Defendants collectively.

This Notice is being filed with the Court no later than the time provided by C.R.C.P. 16.1(d). IT IS UNDERSTOOD THAT ONCE THIS NOTICE IS FILED WITH THE COURT, THE SIMPLIFIED PROCEDURE OF C.R.C.P. 16.1, CASE MANAGEMENT AND TRIAL MANAGEMENT WILL NOT APPLY TO THIS CASE.

This Notice must be signed by the party and, if represented, by the attorney.

Date: 12/6/2022          *s/ Heidi Myers*
                         Signature of Party

Date: 12/6/2022          *s/ Ciara M. Anderson*
                         Signature of Attorney for Plaintiff

*In accordance with C.R.C.P. 121 §1-26(7), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*