EXHIBIT A-5

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY<br>STATE OF COLORADO<br>1777 Sixth Street<br>Boulder, CO 80302 | DATE FILED: December 8, 2022 12:59 PM<br>FILING ID: B453439839ED3<br>CASE NUMBER: 2022CV30839 |
| **HEIDI MYERS**<br><br>   Plaintiff,<br><br>v.<br><br>**NSF INTERNATIONAL**<br><br>   Defendant. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Plaintiff:*<br>Iris Halpern, #53112<br>Ciara M. Anderson, #55259<br>RATHOD | MOHAMEDBHAI LLC<br>2701 Lawrence St. 100<br>Denver, Colorado 80205<br>(303) 578-4400 (t)<br>(303) 578-4401 (f)<br>ih@rmlawyers.com<br>ca@rmlawyers.com | Case No:  2020-CV-30839<br><br>Division:   5 |
| **NOTICE OF FILING OF AMENDED COMPLAINT AND JURY DEMAND** | |

Plaintiff Heidi Myers, by and through counsel, Ciara M. Anderson and Iris Halpern of RATHOD | MOHAMEDBHAI LLC, hereby provide Notice that Plaintiff has filed an Amended Complaint and Jury Demand (filed contemporaneously with this Notice), pursuant to C.R.C.P. 15(a) ("a party may amend his [or her] pleading once as a matter of course at any time before a responsive pleading is filed."). Defendant has not filed a responsive pleading in this matter.

Respectfully submitted on this 8th day of December, 2022.

          RATHOD | MOHAMEDBHAI LLC

          *s/ Ciara M. Anderson*
          Ciara M. Anderson
          Iris Halpern

          ATTORNEYS FOR PLAINTIFF