EXHIBIT A-7

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY<br>STATE OF COLORADO<br>1777 Sixth Street<br>Boulder, CO 80302 | DATE FILED: December 19, 2022 4:46 PM<br>FILING ID: 6ECD7A7FF8736<br>CASE NUMBER: 2022CV30839 |
| Plaintiff:<br><br>HEIDI MYERS,<br><br>v.<br><br>Defendant:<br><br>NSF INTERNATIONAL. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendant NSF International:*<br>Name:            Michael H. Bell, #52273<br>                      Rebecca M. Lindell, #56472<br>Address:       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>                     2000 S. Colorado Boulevard<br>                     Tower Three, Suite 900<br>                     Denver, Colorado 80222<br>Telephone    303.764.6800<br>Facsimile:     303.831.9246<br>Email:           mike.bell@ogletree.com<br>                     rebecca.lindell@ogletree.com | Case Number: 22-CV-30839<br><br>Division: 5 |
| **WAIVER AND ACCEPTANCE OF SERVICE** | |

     I, Michael H. Bell, as counsel for Defendant NSF International ("NSF"), and acting on NSF's behalf with authority, do hereby accept service of the (1) Summons; (2) Complaint and Jury Demand; (3) Amended Complaint and Jury Demand; and (4) District Court Civil Cover Sheet in the above-captioned matter as if NSF was personally served in accordance with Colo. R. Civ. P. 4.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.  I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

Dated this 19th day of December, 2022.

                                                                       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                                       *s/Michael H. Bell*
                                                                       Michael H. Bell
Rebecca M. Lindell
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO  80222
Telephone:  303.764.6800
Facsimile:   303.831.9246
mike.bell@ogletree.com
rebecca.lindell@ogletree.com
*Attorneys for NSF International*