**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-00025

HEIDI MYERS,

    Plaintiff,

v.

NSF INTERNATIONAL,

    Defendant.

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, NSF International ("NSF"), by and through its undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and pursuant to Federal Rule of Civil Procedure 7.1, hereby states the following:

1. NSF is a privately held corporation with no parent corporation.

2. No publicly traded corporation or parent corporation owns 10% or more of NSF's stock.

Respectfully submitted this 5th day of January, 2023.

                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                        *s/ Michael H. Bell*
Michael H. Bell
Rebecca M. Lindell
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
mike.bell@ogletree.com
rebecca.lindell@ogletree.com
*Attorneys for Defendant NSF International*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of January, 2023, I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to counsel for Plaintiff, as follows:

Iris Halpern
Ciara M. Anderson
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St. 100
Denver, Colorado 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ih@rmlawyers.com
ca@rmlawyers.com
*Attorneys for Plaintiff*

*s/ Barbara J. Esquibel*
Barbara J. Esquibel, Paralegal