IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Camden Pommenville<br>Date: February 16, 2023 | FTR - Reporter Deck - Courtroom A-401<br>Alfred A. Arraj United States Courthouse |

Civil Action No. 23-cv-00025-RMR-KLM

*Parties*:                                              *Counsel*:

HEIDI MYERS,                                  Ciara Anderson
                                                             Iris Halpern
    Plaintiff,

v.

NSF INTERNATIONAL,                    Rebecca Lindell

    Defendant.

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:59 a.m.**
Court calls case. Appearances of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **March 16, 2023.**

Discovery Cut-off: **August 16, 2023.**

Dispositive Motion Deadline: **October 2, 2023.**

Parties shall designate affirmative experts **on or before July 1, 2023.**

Parties shall designate rebuttal experts **on or before August 1, 2023.**

Each party shall be limited to  (2) expert witnesses, absent further leave of Court.

Each side shall be limited to **five (5)** depositions, absent further leave of Court.

Each party shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of

Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION AND TRIAL** will be set before the Honorable Regina M. Rodriguez at a future date.

- Scheduling Order is signed and entered with interlineations on February 16, 2023.

HEARING CONCLUDED.
**Court in recess:     10:05 a.m.**
Total Time:     00:06

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.