**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-00025-RMR-KLM

HEIDI MYERS,

    Plaintiff,

v.

NSF INTERNATIONAL,

    Defendant.

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

---

Plaintiff Heidi Myers ("Plaintiff") and Defendant NSF International ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby respectfully move this Court to amend the Scheduling Order to extend the Discovery Cut-off and the Dispositive Motions deadlines each by 30 days. This would move the Discovery Cut-off deadline from August 16, 2023 to September 15, 2023, and the Dispositive Motions deadline from October 2, 2023 to November 1, 2023.  Pursuant to the Scheduling Order dated February 16, 2023 (Dkt. #17), the Scheduling Order may be altered or amended upon a showing of good cause.  As stated herein, good cause exists to amend the Scheduling Order.

**DISCUSSION AND PROCEDURAL HISTORY**

1.    On February 16, 2023, the Court issued the Scheduling Order for this matter.  (Dkt. #17.).  In the Scheduling Order, the Parties indicated that they "discussed the possibility for prompt

settlement during the Scheduling/Planning conference call and intend to explore the possibility fully and promptly." (Dkt. #17, p. 8.)

2. Having exchanged initial disclosures and served preliminary written discovery requests, the Parties have had conversations regarding mediating this matter to explore possible settlement of all claims before incurring additional costs for depositions. The Parties have tentatively scheduled mediation for July 28, 2023.

3. The Parties now respectfully request that the Court amend the Scheduling Order to extend the Discovery Cut-off, and Dispositive Motions deadlines each by 30 days. This will allow the parties to direct their efforts towards exploring a potential resolution that would dispose of the litigation in its entirety.

4. An extension of the requested deadlines would promote party and judicial efficiency. An extension of these deadlines, which is both reasonable and necessary under the circumstances, would help facilitate settlement discussions and enable the Parties to focus their efforts on those negotiations. This Motion is made in good faith.

5. Pursuant to D.C.COLO.LCivR 6.1(b), the parties represent to this Court that this is their first request to amend the Discovery Cut-off and Dispositive Motions deadlines. For the Court's convenience, the following illustrates the modifications to the requested deadlines as identified in the Court's Scheduling Order (Dkt. #17):

| Deadline | Scheduling Order (Dkt. #17) | Extended Deadline Date |
| --- | --- | --- |
| **Discovery Cut-off** | August 16, 2023 | September 15, 2023 |
| **Dispositive Motions** | October 2, 2023 | November 1, 2023 |

6. The relief sought in this Motion will not unduly delay the proceedings or prejudice any party or the Court because there is no trial date set yet.

7. For the reasons stated herein, good cause exists to amend the Scheduling Order.

8. A copy of the present Motion has been served on the Parties' representatives pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, the Parties jointly request this Court amend the Scheduling Order to extend the current Discovery Cut-off and Dispositive Motion deadlines by 30 days as set forth above.

Respectfully submitted this 3rd day of July, 2023.

*s/ Iris Halpern*
Ciara M. Anderson, #55259
Iris Halpern, #53112
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St. 100
Denver, Colorado 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
ih@rmlawyers.com
ca@rmlawyers.com

*Attorneys for Plaintiff*

*s/ Rebecca M. Lindell*
Michael H. Bell
Rebecca M. Lindell
OGLETREE, DEAKINS, NASH, SMOAK &
 STEWART, P.C.
2000 S. Colorado Blvd., Tower Three, Suite 900
Denver, CO 80222
Tel: (303) 764-6800
Fax: (303) 831-9246
E-mail: mike.bell@ogletree.com
E-mail: rebecca.lindell@ogletree.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on July 3, 2023, I electronically filed the foregoing **JOINT MOTION TO AMEND THE SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to counsel for Plaintiff, as follows:

Ciara M. Anderson, #55259
Iris Halpern, #53112
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St. 100
Denver, Colorado 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
ih@rmlawyers.com
ca@rmlawyers.com

*s/ Barbara J. Esquibel*
Barbara J. Esquibel, Paralegal